UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: SEARCH WARRANT

Case No. 3:20MJ00652 (SALM)

## ORDER TO SEAL

The United States has submitted a motion requesting that the Court continue sealing the search warrant application, the affidavit in support, the search warrant, and the search warrant return (Docs. #1, #1-1, #2, #6) in this case for an additional period of three months, until February 19, 2021.

The Court finds that sealing of these documents is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the Court determines that this matter pertains to ongoing criminal investigation that is neither public nor known to one of the targets of the investigation. Accordingly, there is reason to believe that notification of the existence of the materials will jeopardize the investigation, including by giving that target an opportunity to destroy or tamper with evidence, or change patterns of behavior. Sealing only certain documents, for a limited time, narrowly tailors the sealing order.

IT IS THEREFORE ORDERED that Docs. #1, #1-1, #2, and #6 shall remain sealed until **February 19, 2021**.

Any motion to extend this sealing order shall be filed by **February 12, 2021**.

Dated:  November 12, 2020

HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE